JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS GARCIA GOMEZ,, <br>         Petitioner, <br>     v. <br> DEBBIE ASUNCION, *Warden*, <br>         Respondent. | Case No. LA CV 18-0508 RGK (JCG) <br><br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 2244(b).

DATED: February 01, 2018

                                    HON. R. GARY KLAUSNER
                               UNITED STATES DISTRICT JUDGE